**No. 11-4801**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

---

**UNITED STATES OF AMERICA,**

**Appellee,**

v.

**FRANESIOUR B. KEMACHE-WEBSTER,
a/k/a BRYAN WEBSTER,**

**Appellant.**

---

***Appeal from the United States District Court for the
District of Maryland, Southern Division
Honorable Roger W. Titus, District Judge***

---

# SECOND SUPPLEMENTAL APPENDIX

---

**Rod J. Rosenstein
United States Attorney
Jonathan Biran
Appellate Chief
LisaMarie Freitas
Special Assistant U.S. Attorney
36 S. Charles Street, 4th Floor
Baltimore, MD 21201
(410) 209-4800**

**Attorneys for Appellee**

**TABLE OF CONTENTS**

Redacted Letter Written by Webster to the Victim Dated May 26, 2010 (Gov't Ex. L3) . . . . . 1

Redacted Letter Written by Webster to the Victim Dated June 28, 2010 (Gov't Ex. L6) . . . . . 7

Redacted Letter Written by Webster to the Victim Dated July 27, 2010 (Gov't Ex. L9) . . . . . 12

Transcripts of Recorded Telephone Conversations Between Webster and the Victim (Gov't Ex. C1b for identification) . . . . . 27

Written Wed
24 May 2010
7.50p

Write back Soon, I'm still waiting on pictures. Ok.

Well hello [redacted],

As I write this. I hope all with you is truly fine and well, I have not gotten a letter today, but I did get on Monday, May 24, the letter that you had mailed to me on the 19th

First of all please put my Unit-Yard cell #223 on the envelope also look at the front of the envelope I will rewrite it on the last page of this letter so you can write it properly. I say this because there is another WEBSTER in this prison, and I do not want him getting any of my mail, so proper addressing is really important until I leave here. Okay.

Now as for our off and on conversations, problems will arrive, and tempers shall flare up and we are suppose to have ups and downs, the more we spend together the easier it gets, but we have been apart for almost a half of a year and that should cause a lot of problems in our relationship. No matter what!

Listen, I know that our love and intimacy has made a big difference and concern in both of our lives, and with what all we've done, and gone through with each other I think we've done pretty good in nearly 2 years together

Think about what other couples may have done, gone through or has dealt with. and look where we are in ours ... we're doing alright →

2

Now honestly I think we really need to speak more on these matters in our next conversations coming up, until I come home, because we need to clear the air on several issues. really on all of our issues.. Not just our feelings, not just on love issues, and truly not on just sexual issues. We need to speak on all issues. I will start on a few, which I have been doing in the past few letters, but now that time to come home is getting closer, all other things are getting closer also.. There are several things that you have mentioned, that are really of importance; that we really need to get out of the way...

#1 Living arrangement. It is very important they we truly start planning our living arrangements life is it going to be another house or apartment. because of the probation mess, at least for 3 to 6 months it will have to be in D.C., we can still travel back and forth to our Virginia Beach house, which we can really use the change.

#2 I am going to have to go back to work full time not where I am away from you, but during the time you are in school, I'll be working so that by 5pm up we are both at home. which is our time and of course the weekends.

#4) The relationship in the way of marriage, because of the certain situation and circumstances that are involved with us, we need to truly seek and search into our options. Yes there are a few states that do accept or recognize that. I am not sure of which ones they are, you may have to search the internet on that issue.

If not then we will just have to truly make that a true and special commitment between us and Allah - God... and leave it at that. and as time goes on it will just become officially that way, but I just like you... want to do what ever it takes to make it truly legal. And that is a true goal of mine to see happen. This include a ring and all

#5) Property... I have already started that process before I had even left. just about everything of must be in our name not just mine or yours. its ours

So that has already been started

#6) The issue of children, you said that you want two children, maybe 3, I do not know when you want to start that process, but I am sure that it will be after school is completed, plus you said that you have additional educational plans as well as future plans. Yes it is true that you can have children and fulfill your dreams also, I just need to know your ideas, ideals and intentions, because its not a decision that can or should be made singly or all alone (over) →

#7) This is not lastly, but for the moment there is always going to be other or additional issues, but for this one... The family, how you thought of how this should be approached or even if it should be approached at all. What thoughts have you come up with in regards to this. What have you decided because honestly. I do not have no family to answer to about this. All I have is you!

That to say that, that makes it extra right or extra wrong - really it does not make it extra anything. It's just that from the very beginning we have been dealing with from the first conversations we had, when you told me about you being a bopper, and then several days later letting me know that I am your main interest. Like I said in the last letter I am glad it worked out this way.

From the day you told me at Jams family that it should be the way it is now. I have never regretted not one single moment.

The only moment I have regretted was when you started fighting me @ grand mas's and you had hurt my heart... That's my only regret with us...

Write me at

Mr Francisco Bruy... Madge Webster
Reg # 42459-007 Unit-4 / Cell # 223
United States Penitentiary Marion
Post Office Box 1000
Marion, Illinois 62959-1500

Thank you!

I hope we are together forever
I truly do miss you and shall
forever always love you and I hope
you shall always feel the same and I
will remain by yourside for as long as
you plan to have and keep me.

Thanks,

Yours Forever

(much) me

(PS) Write me back soon
and I'm still waiting on pictures

Mr. Sampson Bryman Fekuche White
Reg 42459-007 Unit - Y #223
United States Penetentiary Marin
Post Office Box 1000
Marin, Illinois 42459-1000

☵ 42459-007 ☵
■ Nicole ▬▬▬▬▬
1602 Belvedere Bvd.
Silver Spring, MD · 20902
United States

3090233902 C019    ▐▖▌▐▖▖▌▖▖▐▌▖▖▖▐▌▐▖▐▖▖▌▐▌▖▖▖▌▖▌▖▖▐▐

Written: Monday
28 June 2010
Start: 3:04 p
Finished: 4:29 p

Well hi there
Funny Bunny!

Hi me Funny Bunny... how are you? Actually I do know the answer to that we spoke 5 times today, which we will cut down to 2 per day plus e-mails or we'll do like 3 or 4 1 min Calls at 1.00 per call instead of 15 mins per call like we use to do. And if there is an emergency or something then you can e-mail me to let me know to call you.

So, lets go over a few of these high lighted moments, such as starting with OMG Pictures

You said, they will be Swimming Suite photo's as well as others from the camera phone and print them. well... I can not complain, they are Something... So of course I'll be creat [redacted]

So for the apartment issue, we may still have 800 4th St. There's no telling what's going on until I get there, but also we still need to be making arrangements for us just in case even tho we are definitely moving to Va Beh, Va.

→

I am letting the face hair grow back, but very lightly so you can shave it.. as well as [illegible] friends

I know. I know. I am stopping [illegible] and prepping and exercising B.D. while the puppies go to the gym for a real workout.. Ok. That works for me..

Now the issue of children) I know you are in 11th grade and thats where you will start in grade process.. but you are home schooling or GED'ing it to get the diploma... I understand..

You stated that the day you find out that I am coming home you are stopping the pills.

Lets make a deal.. We will do as you need, want and ask provided that we wait until the month of September or October to start.

Part it this way.. Your last set is August Correct.. After August is gone completely your system can start all over with none in your System or in order. Then we will just go hard. Ok

Since you will need to start your cycle back over to start having them/him/her any way So allow the entire year to finish out, NO MORE Pills to take. When you get to the last set where you will need to renew the entire order. You won't... instead

3

...you will take all of them including the white ones and as soon as your cycle starts we'll start, because your system will be back to normal... Or we can wait until <u>October 10, 2010</u> which we've decided will be the correct and official annual anniversary date. Reread the previous e-mails from early last week, they were part of the answers to the questions you asked me... When I answered what is our anniversary date it's the one of the the wall you, unless I'm on one bad e-mail. 😊 But we spoke at 8.30 p my time it's 10/10/10

You never did tell me, even 1/2 of our first 3 hours or our first 3 days...

You could of given me some thing to work with... I survived it ok, but anticipation an knowing what to expect (whether...

[text obscured by redaction]

over →

Last page.

— It's really worth waiting for me to come home! —
— I Promise You —

And we shall have all the fun in the world
and we will live happily ever after
I see it and feel it..

(muah)
Your other ½ Lorena

(381)

(PS) I look forward to the OMG pix (muah)

I'll be home soon smile
Hang in there
Ok

Mr. [illegible]
Reg# 42459-007 Unit Y #223
United States Penitentiary Marion
Post office Box 1000
Marion, Illinois 62459

CARBONDALE, IL 62901
PM
29 JUN
2010

42459-007
Nicole [redacted]
1602 Belvedere Bvd.
Silver Spring, MD 20902
United States

Write Back Soon

Hang in there
:)

2090253902 C019

Questionnaire #2 inside

Don't forget copies of the pictures [redacted]

also can you send me some pics please!

381-143

Tuesday July 27, 10
2:15 am
I couldn't sleep!

Babes,

Hi there [redacted]

So starting today which will probably be Thursday July 29, that you're gotten this start checking Cell links, and as for the Phone "DO NOT PRESS 5" unless it goes to the Person #5 to accept etc..

I was not being mean or different by always calling or by, nor am I trying to run up your minutes, I just figured that you would of figured by now that if I can not reach you and I am calling like that. its very important and the only way we will be able to speak to with me having some type of phone time or e-mail units.. I'll hang in there and wait it out... "I KNOW YOU ARE trying your best".

The part that gets me is that.. I just can not speak or say anything.. like I am a mute person. . because you don't know why →

2

I am calling like I am.

[redacted]

Now as for Ni'Vaeh... it sounded like when we last spoke openly and by a letter I got from you on Monday (Thank god I did get mail) That you are really wanting to get pregnant this year. as soon as I am home and we are settled.

Ok.. here's the deal... we will put forth a 1000% effort this year, but for the first month that I am home, we are going to just take things slow. (Get everything in order start preparing, setting up for things etc... but also have all the fun we can in the process ☺ while we are preparing... Our agreed Anniversary is Sunday October 10, 2010 at 10:00am

Even tho we will be doing it from my return home date until forever ☺

On Sunday, 10-10-10-10, this date, we will truly celebrate (all day)... I mean the entire day... doing it! So if you are not pregnant before then on that date it will be dedicated to you getting to be. for sure. Is that a promise.

→

3

Now lets see. As for Happy Nappie...

[redacted] "Yes"!. I'm Coming home and I am faithful, and I am greatful and I am full. So should you be also!

Well lets see. enclosed is another Questionnare #2 when I called you at 3.30p Monday you were doing the first one.. This is to help me know you far better than I think I already do.. This is also why I said if you have questions. please feel open and free to ask. I will I Promise tell the truth and I will answer Everything No Matter how strong, open or personal it is... Ok.

[redacted]

Come on now... You are a grown ass woman whom is trying to take care of her man and prepare for a family as well as education etc. what kind of example are you trying to set if you are not going to keep and stick to your word... That's not right

5

SSA 0016

USCA4 Appeal: 11-4801 Doc: 80 Filed: 10/19/2012 Pg: 18 of 58

I moved to I have always had 800 4th St SW South-123 even when you were a baby, that was the first place you lived from the hospital.. That is probably why you like it so so much.

Now we will perhaps start a new for (everything) including home for Ne'Vaeh's sake

USCA4 Appeal: 11-4801 Doc: 80 Filed: 10/19/2012 Pg: 19 of 58



[redacted]

I love you and I miss you and I am also ready to start our family also...

We will be fine. Thanks for keeping your [illegible] sticks around and wedgie [illegible] ups... it is really worth the wait. "You ought to know" [illegible]

[redacted]

[redacted] Oh! I found out what states we are good for. There are a few and I will write them and send them also in the next letter... ok [redacted]

a

I am gone Questionnaire #2 on next page
Rub and Pat Happy Nappie for me
Hug and Squeeze The Puppies and
Pops and Shake Ms. D.B. . . you go Babe
I Love You
Yours mine to yours w/ everything
381-143 (Much)
Pop

Babe, I love you with all of my heart and soul and I shall never ever do anything to change that in my entire life with you. I will spend all of my living days loyal to you for ever and for always with this I give my never ending love if I had the ability I would give you roses right now.. I love you and shall always I Promise
You're simply the best
I love You HB2
Your ... → Babe →

Baby
My Sweetheart,

Never ever forget how much I love you and how much you mean to me.

I'll never ever regret the choices and decisions that we have made and sacrificed for each other. That's surely true true love

I am so proud of you, for hanging in there and sticking by me..

We for sure will find everything and more for Ne'Vaeh to have she will have everything like she is a true Queen... it will all be there and in place for her before she arrives, as well as your "Yorkie"..

We will surely do it all without fault and without reservation. we will make sure it is all right.. We Promise I love you!

I'll talk to you soon
and will be in your arms, mind, body & soul in less than 45 days "Yes" I love you
your other ½ (muah)

Use extra sheets of paper if you need more space to answer just make sure you number the answer to that question

Questionnaires

#1 Q: What is the most important part of a relationship?
A: [redacted]

#2 Q: What do you expect to come from our relationship?
A:

#3 Q: What do you like best about our relationship?
A: [redacted]

#4 Q: What do you hate (dislike) most about our relationship?
A: That we are father & daughter (not well)

#5 Q: If you had to repeat anything with us all over again what would it be? and why?
A [redacted]

#6 Q: What is my best quality and my worst quality?
A:

#7 Q: If you had to change anything about me what would it be and why that?
A [redacted]

#8 Q: In all of your past sexual relationships, what was the best thing you've done and the worst you've done
A: → Best → [redacted]

B: → Worst →

SSA 0022

→

(#9) Q: If you had to repeat a sexual moment all over again what would it be and why
A:

(#10) Q: If you had to repeat a sexual moment all over again how would you repeat it differently
A

(#11) Q: What is your very favorite food dessert & drink?
A: [redacted]

(#12) Q: What is your favorite alcoholic beverage when you drink?
A: [redacted]

(#13) Q: If you had to have a special and different (freaky) sexual experience, where would you have it and why?
A:

(#14) Q: What is your wildest and freakiest sexual fantasy
A:

(#15) Q: What is your ring finger size
A:

(#16) Q: What are your top 10 sexual positions
A: #1 ________ #2 ________ #3 ________ #4 ________
#5 ________ #6 ________ #7 ________ #8 ________
#9 ________ #10 ________

→

Use additional paper if you need to

(#17) Q: When you have children how many will you try for (what sex)
A:

(#18) Q: When did you want to start having a child(ren) why
A:

why?

(#19) Q: When I get home and we are together what is the first thing that you want to do and why?
A:

Why?

(#20) Q: What are you willing not to do or try to do in our relationship and why?
A:

why?

(#21) Q: How many sexual partners have you ever had?
A:

(#22) Q: Have you ever did more than one at a time? why?
A:
why?

(#23) Q: Have you ever been with a female Y___ N___
If yes how was it? If no why not?
A:

→

use additional paper if you need to 4

(#24) Q: Have you ever thought about a threesome Y— N—
If you have thought about it. what & why
A:

(#25) Q: Have you ever been a part of an Orgy Y— N—
If yes when and how was it? If not why not
A:

(#26) Q: You've spoken about whip cream & Berries, what do you plan with them be specific
A:

(#27) Q: If you had to do something as soon as you saw me what would it be and how would you do it?
A:

(#28) Q: What is your final decision on how we are going to do school... Homeschool, regular school, G.E.D, Private School
A:

(#29) Q: What is the worst thing you want done to you by me as a sexual act and why
A:

(#30) Q: If you had to have your way with me what would it be
A:

Ms Shanvsicour B Kymache-Webster
Reg # 42459-007 Unit Y #223
United States Penitentiary Marion
Post office Box 1000
Marion, Illinois 62959

CARBONDALE, IL 62901
PM
27 JUL
2010

USA FIRST-CLASS FOREVER

Please write back soon
Very Urgent

Please write back soon
Very Urgent

⇔42459-007⇔
Nicole [redacted]
1602 Belvedere Bvd.
Silver Spring, MD - 20902
United States

44/46 F

20902@3902 C013

I Miss you
write back soon

I love you
write back now

44/46

August 11, 2010

Call Time: 16:59:41

Transcription Time: 0-21 seconds

FW: Hello

RECORDING: You have a prepaid call, you will not be charged for this call. This call is from [Fransciour Kemache Webster] an inmate at a federal prison.

**GOVT'S EXHIBIT NO C 1b**
**CASE NO. RWT 10-654 Webster**
**IDENTIFICATION:**
**ADMITTED:**

May 2, 2010
Call Start: 11:55:46

TRANSCRIPTION TIME: 1:46 – 2:25

FW: Okay, what's the number you want me to write down?

WEBSTER: Not the number, it's so that I can email so that I can, you gotta approve the email like you approve...

FW: Okay.

WEBSTER: ...a friend from Facebook and stuff.

FW: Okay.

WEBSTER: It's C-O-R-R.

FW: C-O-R-R.

WEBSTER: L-I-N-K-S dot com.

FW: Okay.

WEBSTER: Then it's going to ask you to put in my my um my registration number, the 42459007 and I sent you an email to both your uh cutiepie4life at hotmail and your I 800 gigglez at yahoo so that you have to approve it so that we can email back and forth.

April 28, 2010
Call Start: 21:25:00


TRANSCRIPTION TIME: 13:30 – 14:21

WEBSTER:    That's about it and like I say, I'm gonna try to put this in the mail
                    today, if not it'll go out in Thursday's mail and which means you'll
                    get it Saturday probably instead of Friday night or Friday afternoon,
                    you'll get it Saturday afternoon, but all it is it's just, um a little, you
                    know, our conversations and I'll write down our little messages and
                    Imma try to write you a little sexy note or whatever, and uh, you
                    know, I guess one of those,  you know, if we was kind of things, you
                    know,  that you gotta keep close by because can't nobody read
                    that.

FW:             Oh, I keep all of them close.

WEBSTER:    Oh, I know, but still, that's one of them ways, you know like one of
                    them sexy  (mumbles) I guess you'd call it, but um, you can write
                    me back the same way and like I say, be open and explicit or
                    whatever it doesn't matter.

July 30, 2010
09:29:47AM


Transcription Time 14:05 to 14:27

WEBSTER:    Starting August, I guess I'll start being just more discreet in our I  I
            letters because...I don't still trust nobody snatching your stuff.

FW:         ok

WEBSTER:    And you gotta make sure you be hiding or putting your stuff away;
            especially when you're going to school.

FW:         Alright.

WEBSTER:    I mean it's really important.

FW:         ok.

July 29, 2010
Call Start: 13:06:01


TRANSCRIPTION TIME: 14:13-14:16

WEBSTER:   I sent a card and I put some, some scent of me in it.

April 28, 2010
Call Time: 13:44:34


TRANSCRIPTION TIME: 14:27 – 15:08

WEBSTER:   But uh, you need to find us a house to or an apartment or
           something to move to, I know granny and grampy said when daddy
           gets out, but [DOUBLE BEEP] there go the beep.  You there?

FW:        Mmhmm.

WEBSTER:   So the beep's getting ready to come, so when it goes beep, beep,
           beep, beep, beep.

FW:        You got a whole minute left.  Just talk fast.

WEBSTER:   Oh, it tells you?

FW:        Mm, I oh have, it's a clock.

WEBSTER:   Oh, it doesn't tell me.

FW:        I have a clock.  On the phone.

WEBSTER:   So it goes out.  So you need to find another place and stuff and

FW:        Alright, I'll look.  I'll look into it.

WEBSTER:   It's just you and me so.

FW:          It can be one bedroom [unintelligible] [laughs]

WEBSTER:  Yeah, you right.  When, when, when you want to start having kids?

FW:          I don't know.

WEBSTER:  I don't know.

FW:          I already have baby clothes.

WEBSTER:  Yeah, yeah, yeah.

FW:          I do, I got them yesterday [SINGLE BEEP]

WEBSTER:  Well, it's getting ready go, go, so

FW:          Okay, love you.

August 11, 2010
Call Start: 16:59:41


TRANSCRIPTION TIME: 1:26 – 1:34

WEBSTER: But you cross your arms across your chest, or your breasts, or your twins or puppies [Laughter]. You cross your [Laughter] and then after you finish doing it...

April 30, 2010
Call Start: 20:39:40


TRANSCRIPTION TIME: 14:59 – 15:20

WEBSTER:   Behave yourself.

FW:            I, I am.

WEBSTER:   Pat the puppy for me.

FW:            The puppy?

WEBSTER:   [Laughter]

FW:            Oh, that.

WEBSTER:   What am I talkin' about?

FW:            I'm not touchin that.

WEBSTER:   What?

FW:            I'm not touching that.

WEBSTER:   I said pat.  I didn't say [laughter]...

FW:            No, but.
WEBSTER:   ...play.
FW:            No [laughter].

WEBSTER: Okay. Squeeze the cheeks [laughter].

FW: [Laughter] Okay.

WEBSTER: Yeah. But.

June 29, 2010
Call Start: 20:11:59


TRANSACTION TIME: 10:39 – 11:10

WEBSTER:  Three Eighty-One.

FW:        One Forty-Three [Laughter].

WEBSTER:  Oh [unintelligible].  Alright, Three Eighty-One, One Fourty-Three.

FW:        [Laughter].

WEBSTER:  Ten Ten Ten.

FW:        Four [Laughter].

WEBSTER:  Yeah.

FW:        Alright.

WEBSTER:  Alright.

FW:        It was good hearing your voice.

WEBSTER:  Pat, pat, pat…pat.  I can't even get it out.  Pat and rub.  The, the, the happy nappy and hug and squeeze.  The cute puppies and…I don't, I don't know what to do with Bootie Dew.

June 13, 2010
Call Time: 18:52:51

Transcription Time: 4:05 – 5:27

Webster: And what else, oh! What's, what's, what's, what's happy nappy, uhm, neighbor's name?

FW: Neighbor?

Webster: Or the back door

FW: (Chuckling) What do you mean, my butt?

Webster: Yeah! Why I ain't know nobody was listening or what have we.

FW: (Laughing) I don't know.

Webster: well!

FW: Why?

Webster: I don't know, wizard, wizard too big or grew or uhm.

FW: uhm.

Webster: Or, or so, I ain't, I ain't have a name for it so like suppose wizard can go in whatever the name is backdoor

FW: Why? Oh back door (Laughing) Back door!

Webster:    huh!

Recording:   [This call is from a federal prison]

FW:        I don't know, you say what's happy nappys neighbor (laughing).

Webster:    okay, well BD.

FW:        Alright.

Webster:    Wizard can't go in BD's door, well it probably can, but uh.

FW:        No, it never could.

Webster:    I'm trying to figure out how was you going to swing that.

FW:        I'll find a way.

Webster:    Do you think she know?

FW:        Who?

Webster:    Your mother.

FW:        No.

Webster:    And, was there letters inside those cards?

FW:        Yes.

Webster:     In both cards?

FW:          Yes.

Webster:     Alright.

FW:          And she didn't open them.

Webster:     Well, I don't know why she would say that then, but if she do then what?

FW:          Then, I don't care and that's on her.

Webster:     I just wondering if she'll make things hard for me.

April 30, 2010
Call Start: 21:27:22


TRANSCRIPTION TIME: 2:22 – 2:38

WEBSTER:  Oh, you're in the bathroom.

FW:        Yeah.

WEBSTER:  Oh.  What, you just took a shower or something?

FW:        Mmhmm.

WEBSTER:  Oh, so you ain't got no clothes on?

FW:        No, not right now. [laughter].

WEBSTER:  Ohhhh.

FW:        [laughter]

WEBSTER:  I know what you look like.

FW:        [laughter]

WEBSTER:  [laughter]

August 7, 2010

Start Time: 19:23:01

Transcription Time: 2:55-3:18

FW:         Okay.

Webster:    Alright, we'll make it up.

FW:         Okay, well I love you.

Webster:    I love you too (Moan) (Moan)

FW:         What?

Webster:    (Moan)

FW:         What?

Webster:    (Moan)

FW:         What's that?

Webster:    (laughing) (Moan)

FW:         What's that?

Webster:    (laughing) What you think?

FW:        Ah ha.

Webster:   Wizard, and don't cut happy nappi no more, that's my job. And I
           (inaudible)

FW:        But if I have too.

Webster:   You ain't gonna have to in 30 days.

JULY 3, 2010
20:41:28 PM


Transcription Time 8:47 to 9:21


WEBSTER:   Then he says you need to let you spouse or whoever significant
           other know that umm, that if they have some umm outbreaks or
           lesions or something that they need to see ah see ID. Of course I
           knew what ID meant, infectious disease like Doctor Stern, but he, I
           said what the hell is that, ID. I said I got my ID right here, he said
           not that kind of ID.


           (laughing)


WEBSTER:   You know but, the bottom line is, I was saying basically whatever
           you have or get or whatever, I don't mind having to get either.
           Because I think I am already developing it because there was a
           couple of times that we did it, did do stuff without anything.


FW:        Uh, you had a man doctor?

DATE: July 1, 2010

START OF CALL: 20:26:31PM

TRANSCRIPTION TIME: 00:43-0:50

WEBSTER: Okay, so you laid out in the tub.

FW: umha.

WEBSTER: I remember those days. Ha ha (laugh).

DATE: July 30, 2010
START OF CALL: 18:44:39PM


Transcription Time: 1:37- 1:55

FW:        Daddy, I have been trying everything. I've been trying to suck it.
           Been...(inaudible)   not like that.

FW:        (laughing)

Webster:   (laughing)

FW:        I've been trying to swallow.

Webster:   I miss that (laughing).

FW:        I bet you do.

Webster:   I bet you do.

FW:        Yeah, I do.

Webster:   Um-huh.

DATE: July 1, 2010
START OF CALL: 16:56:39PM


TRANSCRIPTION TIME: 9:06-9:20

WEBSTER:        Every time I close my eyes and walk around, the first thing
                happen is, I don't know why you keep popping, well I do
                know why.


FW:             Shut up

WEBSTER:        well you keep poppin in my head in every kind of way, and I
                either keep thinking of Delafield or I keep on seeing my, oh,
                um, my bones ache. Every time I close...

July 28, 2010
Call Start: 15:12:00


TRANSCRIPTION TIME: 11:30 – 11:47

FW:            [Sigh]

WEBSTER:   Guess I gotta find my wife.

FW:            Mmm.

WEBSTER:   What?

FW:            I said mmm.

WEBSTER:   What that supposed to mean?

FW:            I don't know.

WEBSTER:   Where she at?

FW:            I don't know.

WEBSTER:   You don't know.

FW:            No.

WEBSTER:   Oh it ain't you no more?

FW:        What?

WEBSTER:   It ain't you no more?

April 30, 2010
Call Start: 20:39:40

TRANSCRIPTION TIME: 10:50 – 11:05

WEBSTER:    She said thank you.  She made it perfectly clear that we're going to
            be together under the same roof when we leave, when I leave.
            Now, what goes on further than that, that's our business.

FW:         Okay.

TRANSCRIPTION TIME: 12:30 – 12:42

FW:         I'm not gonna say no, I'm gonna say yes daddy.

WEBSTER:    Look, I know you love me, I know you care, I know you there for
            me, I know it it it it's more than just family, it's like husband and wife
            everything, I already know all this, I'm not trying to change none of
            that.

April 28, 2010

Call Start: 13:44:34


TRANSCRIPTION TIME: 12:31 – 12:49

WEBSTER:   Alright well.

FW:            Just call back in thirty minutes.

WEBSTER:   yeah, so.

FW:            I love you.

WEBSTER:   well no, it's gonna go out first.

FW:            Well, I still wanna say I love you before the thing.

WEBSTER:   Okay I love you too and I miss you and I want my sixteen position
                thing and whatever else you gonna tell me and you call me baby in
                my letter.

July 28, 2010
Call Start: 15:12:00

TRANSCRIPTION TIME: 9:03 – 10:15

FW:          Well I'm fat.

WEBSTER:   Well when you going to send me some pictures?

FW:          I did.  That's why I keep asking you did you get em cause they
             were.

WEBSTER:   In a [Underlayed statement by FW: unintelligible] separate
             envelope in another envelope.

FW:          Yeah.

WEBSTER:   So I guess I'll get that envelope tomorrow then.

FW:          But they were sent out the same day.

WEBSTER:   But I don't never get all your mail the same day sometimes.
             Sometimes I get one piece one day another piece another day.

FW:          Were they both written on the same day?

WEBSTER:   Ye..Yeah, that's why I said you said you didn't get no mail today.  I
             was shocked that you didn't get no mail today when you shoulda
             gotten it.

FW:        I didn't get no mail three days in a row.

WEBSTER:   But you said you got you got the questionnaires.

FW:        Yeah.

WEBSTER:   Day before yesterday.

FW:        I got them on Saturday and I opened them on Monday.

WEBSTER:   I...day before yesterday you said you was filling them out when I
           called. I'm filling out the question.

FW:        Yeah that's when I, I um I opened the mail.

WEBSTER:   Did you mail it back?

FW:        Yeah.

WEBSTER:   Mean you going to get some more tomorrow.

FW:        Mmm [unintelligible].

WEBSTER:   Questionnaires.

FW:        Mmm.

WEBSTER:   What you ain't want em.

FW:        I didn't say that.

WEBSTER:  You answer them?

FW:      Yeah I answered them...to the best of my ability.

WEBSTER:  [Laughter] Smartass.  Well these are more, more. I'm working up to
          more and more and more personal.

FW:      Oh well I'll answer them to the best of my ability [laughter].

WEBSTER:  Yeah mmhmm.

September 6, 2010

Start time: 14:14:42 PM

Transcription Start Time: 3:20 to 4:03

| | |
|---|---|
| Webster: | Nikki, what did I do? |
| | (inaudible) |
| FW: | You know exactly what you did. You know exactly what you said. You know exactly what you wrote me. You know exactly what you drew. |
| Webster: | I drew Nevaeh the best I could with no glasses. You told me she looked old. I drew tweety with the fishes and stuff in the water and your turtles. What are you talking about? |
| FW: | That's what I am talking about. |
| Webster: | The fishes in the water? |
| FW: | (inaudible) talking about babies |
| Webster: | Oh Nevaeh? |
| FW: | Duh. |
| Webster: | I drew Nevaeh with no glasses. I couldn't see. I drew... |

FW:                    You're my dad. Why the fuck would you have a child with
                       me?

Webster:               I did what?